No. 750. FULTON NATIONAL BANK OF ATLANTA *v.* I. S. HOOSIER ET AL., RECEIVERS, ETC.   June 2, 1924.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.   *Mr. John D. Little, Mr. Arthur G. Powell, Mr. Marion Smith* and *Mr. Max F. Goldstein* for petitioner.   No appearance for respondents.

No. 785. JAMES C. DAVIS, AGENT, ETC., *v.* L. D. ALEXANDER ET AL.   June 2, 1924.   Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma granted.   *Mr. C. O. Blake* and *Mr. W. R. Bleakmore* for petitioner.   *Mr. Fred E. Suits* for respondents.

No. 986. MUNICIPAL ASSEMBLY OF ARROYO, PORTO RICO, *v.* SUCCESSORS OF C. AND J. FANTAUZZI.   June 2, 1924.   Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.   *Mr. E. B. Wilcox* and *Mr. C. Dominguez Rubio* for petitioner.   *Mr. Francis E. Neagle* and *Mr. Eugene Congleton* for respondents.

No. 987. JUAN PEREZ CAMI, MUNICIPAL COMMISSIONER OF FINANCE, *v.* CENTRAL VICTORIA, LIMITED.   June 2, 1924.   Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.   *Mr. E. B. Wilcox* and *Mr. Juan B. Soto* for petitioner.   *Mr. Francis G. Caffey* for respondent.

No. 891. MISSOURI PACIFIC RAILROAD COMPANY *v.* REYNOLDS-DAVIS GROCERY COMPANY.   June 2, 1924.   Petition for a writ of certiorari to the Supreme Court of the State of Arkansas granted.   *Mr. Vincent M. Miles* and *Mr. Thomas B. Pryor* for petitioner.   No appearance for respondent.